1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                             EASTERN DISTRICT OF CALIFORNIA

10

11    DERRICK LASHAN HILL,                      1:12-cv-00504-DLB (HC)

12              Petitioner,
                                                ORDER DENYING MOTION FOR
13         vs.                                  APPOINTMENT OF COUNSEL

14    CONNIE GIBSON,
                                                (DOCUMENT #3)
15              Respondent.

16    _____/

17         Petitioner has requested the appointment of counsel.  There currently exists no

18    absolute right to appointment of counsel in habeas proceedings.  See, e.g., Anderson v. Heinze,

19    258 F.2d 479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984).

20    However, Title 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage

21    of the case if "the interests of justice so require."  See Rule 8(c), Rules Governing Section 2254

22    Cases.  In the present case, the Court does not find that the interests of justice require the

23    appointment of counsel at the present time.  Accordingly, IT IS HEREBY ORDERED that

24    Petitioner's request for appointment of counsel is denied.

25

26       IT IS SO ORDERED.

27       Dated:   April 9, 2012              _____/s/ Dennis L. Beck_____
                                              UNITED STATES MAGISTRATE JUDGE
28