IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DERRICK LASHAN HILL,**<br><br>                                    Petitioner,<br><br>    v.<br><br>**CONNIE GIBSON,**<br><br>                                    Respondent. | Case No. 1:12-cv-00504-AWI DLB (HC)<br><br>**ORDER GRANTING REQUEST FOR SEALING SUPPLEMENTAL CLERK'S TRANSCRIPT** |

   The Court has read and considered the request filed by Respondent to file under seal the Supplemental Clerk's Transcript, pursuant to Local Rule 141.

   Good cause having been shown, Respondent's request is GRANTED.

IT IS SO ORDERED.

   Dated:   **July 30, 2012**                           /s/ *Dennis L. Beck*
                                                                            UNITED STATES MAGISTRATE JUDGE

1